FILED: May 23, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1383 (L)
(4:15-cv-00017-JLK-RSB)

_____

GWENDOLYN SMALLS, as Administratrix of the Estate of Linwood Raymond Lambert, Jr., deceased

      Plaintiff - Appellant

v.

CHIEF OF POLICE, JAMES W. BINNER, Colonel, Individually and in his official capacity; DEP. CHIEF OF POLICE BRIAN K. LOVELACE, Individually and in his official capacity; TOWN OF SOUTH BOSTON; CORPORAL, TIFFANY BRATTON, Individually and in her official capacity as a member of the South Boston Police Department; OFFICER, CLIFTON MANN, Individually and in his official capacity as a member of the South Boston Police Department; OFFICER, TRAVIS CLAY, Individually and in his official capacity as a member of the South Boston Police Department

      Defendants - Appellees

 and

JOHN DOES 1-15, POLICE OFFICERS, Individually and in their official capacities as members of the South Boston Police Department; JANE DOES 1-15, POLICE OFFICERS, Individually and in their official capacities as members of the South Boston Police Department

      Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 07/08/2016

Opening brief due: 07/08/2016

Response brief due: 08/09/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk